UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

**DEBORAH LAUFER,**

    **Plaintiff,**

CASE NO.:   1:19-CV-280-AW-GRJ

v.

**RELAX HOSPITALITY, LLC,**

    **Defendant.**

_____/

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby certify as follows:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publically-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    Deborah Laufer, Plaintiff

    Philip Michael Cullen, III, Esquire, counsel for Plaintiff

    Philip Michael Cullen, III, Chartered, counsel for Plaintiff

    Relax Hospitality, LLC,  Defendant

    Kimberly J. Doud, Esquire, counsel for Defendant

    Littler Mendelson, PC, counsel for Defendant

2. The name of every other entity whose publically-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy proceedings:

    None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    Deborah Laufer

    Relax Hospitality, LLC

5. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

Dated this 7th day of January, 2020.

                        Respectfully submitted,

                        LITTLER MENDELSON, P.C.
                        111 North Orange Avenue, Suite 1750
                        Orlando, Florida 32801
                        Telephone: (407) 393-2900
                        Facsimile: (407) 393-2929

By:   */s/ Kimberly J. Doud*
        Kimberly J. Doud, Esquire
        Florida Bar No.: 0523771
        Email:  kdoud@littler.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of January, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a copy via email to the following:  Phillip Michael Cullen, III, Esquire, 621 South Federal Highway, Suite Four, Ft. Lauderdale, Florida 33301, email: cullenIII@aol.com.

                                        */s/ Kimberly J. Doud*
                                        Kimberly J. Doud